CALEDONIA SPRINGS ICE CO. v. FORREST. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by the Caledonia Springs Ice Company against Camille Forrest. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs and disbursements.

CALVEY, Respondent, v. STEVENSON, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by John Calvey against Joseph Stevenson. L. S. Carrere, for appellant. G. D. Lamp, for respondent. No opinion. Judgment affirmed, with costs.

CHEMICAL NAT. BANK v. KELLOGG. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Action by Chemical National Bank against Amy H. Kellogg. No opinion. Motion denied, with $10 costs.

CHILD v. NEW YORK ELEVATED R. CO. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Action by Benjamin R. Child against the New York Elevated Railroad Company. No opinion. Motion denied.

CITY OF BUFFALO v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by the city of Buffalo against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted; the questions to be certified to that court to be settled before Mr. Justice SPRING, on two days' notice.

CITY REAL ESTATE CO., Appellant, v. ZINK et al., Respondents. (Supreme Court, Appellate Division, First Department. May 22, 1903.) Action by the City Real Estate Company against Anna M. Zink and others. J. A.

Deering, for appellant. R. T. Greene, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Ellen Clark against Mary Clark. No opinion. Judgment affirmed, with costs.

In re CODDINGTON. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) In the matter of the guardianship of the person of Caroline Gladys Coddington, an infant. No opinion. Order modified, by allowing costs and disbursements of proceedings on accounting, and $150 counsel fee, instead of $50, and, as modified, affirmed, with $10 costs and disbursements.

COLLINS, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1903.) Action by Louisa Collins against James Butler. No opinion. Motion to amend order granted.

CONNELL, Respondent, v. CONNELL, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Mary E. Connell against William F. Connell. No opinion. Order affirmed, with $10 costs and disbursements.

CONNELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Millie J. Connell, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

CONNORS, Respondent, v. NOONE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1903.) Action by Thomas Connors against Michael Noone, as trustee, etc. No opinion. Judgment affirmed, with costs.

CONOLLY, Respondent, v. HYAMS, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Henry A. Conolly, as surviving partner, against Rosalie Hyams, individually, etc. M. S. Guiterman, for appellant. L. Leo, for respondent. No opinion. Judgment affirmed, with costs.

CONSTABLE v. ROSENER. (Supreme Court, Appellate Division, First Department. May 15, 1903.) Action by Frederick A. Constable against Henry Rosener. No opinion. Motion granted.